UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ )<br>EASTERN COMPUTER EXCHANGE, )<br>INC., a corporation, )<br>  )<br>   Plaintiff, )<br>  )<br>        v. )<br>  )<br>SYNNEFO TECHNOLOGY SOLUTIONS, )<br>INC., a corporation )<br>  )<br>   Defendant. )<br>_____ ) | <br><br><br><br><br><br><br>CIVIL ACTION<br>NO.:  CV 11-788<br><br><br><br><br>MAY 13, 2011 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

The Plaintiff, Eastern Computer Exchange Inc., is a privately owned corporation with an address of 105 Cascade Boulevard, Milford, Connecticut 06460.

                                          PLAINTIFF,
                                          Eastern Computer Exchange, Inc.

                                          By___/s/ Ann Grunbeck Monaghan_____
                                          Ann Grunbeck Monaghan
                                          Federal Bar No.: ct16745
                                          Law Office of Ann Monaghan, LLC
                                          159 Main Street, Unit E
                                          P.O. Box 343
                                          Chester, CT 06412
                                          Phone: (860) 575-3803
                                          Fax: (860) 322-5720
                                          Email: agmonaghan@hotmail.com