UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CIVIL ACTION NO.:** _____ **(PCD)**

## ELECTRONIC FILING ORDER IN CIVIL CASES

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

> **All pleadings (including briefs and exhibits) relating to the following:**
>
> a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
> b. Dispositive motions (motions to dismiss, motion for judgment on the pleadings, or for summary judgment);
> c. Requested jury instructions;
> d. Compliance with Pretrial Orders
> e. Trial briefs, including proposed findings of fact and conclusions of law; and
> f. **Any other motion, request or application which, taking it together with all related filings (e.g., memo in support, affidavits) are in excess of 20 pages.**

**SO ORDERED.**

/s/ Peter C. Dorsey
Peter C. Dorsey
Senior United States District Judge

rev.9/1/05