UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASTERN COMPUTER EXCHANGE, INC. | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 3:11-cv-788 (PCD) |
| | : | |
| SYNNEFO TECHNOLOGY SOLUTIONS, INC. | : | |
|     Defendant. | : | |

## RULING ON PRELIMINARY INJUNCTION

On May 13, 2011, Plaintiff Eastern Computer Exchange filed a Motion for Preliminary Injunction [Doc. No. 3] against Defendant Synnefo Technology Solutions. Defendant has not opposed the motion. Therefore, the Court hereby orders that Defendant is enjoined from:

1. Obtaining, using or disclosing any portion of Plaintiff's trade secrets;

2. Performing on the Whirlpool VDI project account; and

3. Using or disclosing information obtained directly or indirectly from Plaintiff's trade secrets.

Defendant is further ordered to turn over to Plaintiff any and all documents or information in any tangible form in the Defendant's possession, custody, or control, which contain trade secrets or confidential information.

SO ORDERED.

Dated at New Haven, Connecticut, June  14th , 2011.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court