USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:11-cv-00788-PCD Document 1 Filed 06/21/11 Page 1 of 2

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EASTERN COMPUTER EXCHANGE, INC. | CV-11-788 (PCD) |
| DEFENDANT | TYPE OF PROCESS |
| SYNNEFO TECHNOLOGY SOLUTIONS, INC. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SPIEGEL & UTRERA PA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
123 W. Madison Street #806, Chicago, IL 60602

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Law Offices of Ann Monaghan, LLC
P.O. Box 343; 159 Main Street, Unit E
Chester, CT 06412

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
a.g monaghan
TELEPHONE NUMBER: (860) 575-3803
DATE: 5/13/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| | Total Process | District of Origin No. 04 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Date 6/3/11 |
|---|---|---|---|---|---|
| I acknowledge receipt... | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks"...

☐ I hereby certify and return that I am unable to locate the individual...

Name and title of individual served: MELODY R. ASHBY, ATTORNEY

Date: 6-15-11  Time: 1:30 ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $250 | $3.06 | $8 | $261.06 | | $3.06  $0.00 |

**REMARKS:** 1 DUSM 3 mi RT

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

3:11-CV-00788(PCD)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Marshals Service
Dirksen Federal Bldg.
219 S. Dearborn Street
Suite 2444
Chicago, IL 60904

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery 6/2/11

C. Signature
X _____    ☑ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

7003 3110 0002 3008 3432

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952